# DIVIDENDS REMITTED TO THE COURT

Case Number 10-18435 - BARNES, JERRI LYNN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>   (3-1) JCPENNEY CREDIT SERVICES9017 | 000003 | 85.93 | 3.35 |
| ---------- Remittance Total ------------- | | 85.93 | 3.35 |

*signature*

DAVIS, STEVEN S., Trustee

152550
CHK #105